| AO _0 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

**AO _0 Rev. 1/2004**

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) CHASANOW, DEBORAH K | 2. Court or Organization U.S. DIST. CT. FOR D. OF MD. | 3. Date of Report 5/12/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE-ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⊙ Annual ○ Final | 6. Reporting Period 1/1/03 to 12/31/03 |
| 7. Chambers or Office Address RM 465A U.S. COURTHOUSE 6500 CHERRYWOOD LANE GREENBELT, MARYLAND 20770 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 3/19/87 | ST. OF MD. - DEFERRED RETIREMENT |
| 2. | FOR 11 YEARS OF SERVICE |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| CHASANOW, DEBORAH K | 5/12/04 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | OCCASIONAL SALE OF ORIENTAL ANTIQUES | 0.00 |
| 2. | | SALARY and Retirement income, STATE OF MARYLAND JUDICIARY | 0.00 |
| 3. | | Howard County mediation | 0.00 |
| 4. | | Private clients mediation | 0.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Academy of Judicial Education | Travel Expenses to Savannah, Georgia to teach a course on Evidence, September 6-12, 2003 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K | 5/12/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CHEVY CHASE SAVINGS & LOAN IRA CDs | A | Interest | K | T | | | | | |
| 2. UNIMPROVED AGRICULTURAL LAND IN ST. MARY'S COUNTY, MD. | | None | J | W | | | | | |
| 3. AXP STOCK FUND (formerly IDS) | A | Dividend | J | T | | | | | |
| 4. CONSOLIDATED CAPITAL GROWTH FUND | A | Dividend | J | T | | | | | |
| 5. Bank of America SAVINGS | A | Interest | J | T | | | | | |
| 6. Bank of America CHECKING | A | Interest | L | T | | | | | |
| 7. Bank of America checking | A | Interest | K | T | | | | | |
| 8. Bank of America SAVINGS | A | Interest | K | T | | | | | |
| 9. RENTAL PROPERTY, GREENBELT, MD. 1/4 INTEREST | D | Rent | L | S | | | | | |
| 10. INSURED MUT. INC. TRUST 93 | B | Interest | J | T | | | | | |
| 11. TELEFONOS MEX COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. T.ROWE PRICE MD. TAX FREE BOND | A | Dividend | J | T | | | | | |
| 13. MARYLAND STATE EMPLOYEES CREDIT UNION | A | Interest | J | T | | | | | |
| 14. CORTLAND GOVT MONEY FUND | A | Dividend | K | T | | | | | |
| 15. Alta Gold Co. | | None | | | sold | 04/10 | J | A | |
| 16. America Movil SA | A | Dividend | J | T | | | | | |
| 17. FPL Group Inc. | A | Dividend | J | T | | | | | |
| 18. Equitable Life Insurance Policy | B | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K | 5/12/04 |

## VII. INVESTMENTS and TRUSTS
– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Hartford Life Insurance Policy | D | Interest | M | T | | | | | |
| 20. American Funds - SEP IRA | | | | | | | | | |
| 21. —Growth Fund of America | | None | J | T | | | | | |
| 22. —Fundamental Ivestors | A | Dividend | J | T | | | | | |
| 23. —American High-Income Trust | A | Dividend | J | T | | | | | |
| 24. —The Bond Fund of America | A | Dividend | J | T | | | | | |
| 25. —Capital World Bond Fund | A | Dividend | J | T | | | | | |
| 26. —Cortland-General | A | Dividend | K | T | buy | 12/11 | K | | |
| 27. Koss Family LLC (48% interest) | E | Rent | M | Q | gift | 10/04 | M | | H. Koss |
| 28. Amsouth Bancorp | A | Dividend | J | T | buy | 04/10 | J | | |
| 29. Duke Energy Corp | A | Dividend | J | T | buy | 04/10 | J | | |
| 30. New York Live Insurance and Annuity Corporation (X) | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | CHASANOW, DEBORAH K | 5/12/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Item VII. 9. Full assessed value for tax purposes is $385,900.
Item VII. 27.  Appraised value of District of Columbia rental property in LLC is $310,000.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | CHASANOW, DEBORAH K. | 5/12/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _May 12, 2004_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544